06-14-00109-CR

ACCEPTED
06-14-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2015 4:15:50 PM
DEBBIE AUTREY
CLERK

## COURT OF APPEALS CASE NO. 06 – 14 – 00315 – CR

| | | |
|---|---|---|
| **MARLO DONTA PERSONS** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | |
| | § | **SIXTH SUPREME** |
| **V.** | § | |
| | § | **JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS** | § | |
| **APPELLEE** | § | **OF TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2015 4:15:50 PM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL
### FOR APPELLANT MARLO D. PERSONS

**TO THE HONORABLE COURT OF APPEALS:**

Please take notice that the following attorney is entering an appearance for

Applellant, Marlo D. Persons, and will serve as lead counsel and attorney in charge

replacing Elisha Hollis in the above numbered and entitled cause:

Tara N. Long
Texas State Bar No. 24032680
longlawfirm@gmail.com
2656 South Loop W., Suite 255
Houston, Texas 77054
Telephone: (713) 349-8896
Facsimile: (713) 349-8863

RESPECTFULLY SUBMITTED,

*/s/ Tara N. Long*

Tara N. Long, Attorney
State Bar No. 24032680
2656 South Loop W., Ste. 255
Houston, Texas 77054
Tel.:(713) 349-8896
Fax:(713) 349-8863
Email: longlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I, Tara N. Long, do hereby certify that a true and correct copy of the foregoing instrument has been delivered to opposing counsel by sending a copy of the same certified mail, return receipt requested to Ms. Lauren Hudgeons, Assistant District Attorney of Hunt County, Texas, located at 2507 Lee Street, 4th Floor, Greenville, Texas 75401 on this 17th day of June, 2015.

/s/ *Tara N. Long*
Tara N, Long